# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: DESIGNATION OF CHAIR AND : NO. 396
:
VICE-CHAIR OF THE MINOR JUDICIARY: MAGISTERIAL RULES DOCKET
:
EDUCATION BOARD :
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of April, 2016, Magisterial District Judge Fred B. Miller is hereby designated as Chair and Nathan N. Firestone, Esquire, as Vice-Chair of the Minor Judiciary Education Board.